**Opinion filed February 23, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00186-CR

_____

## JORDAN MARSHALL SPRAGGINS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 14756-D**

---

## M E M O R A N D U M   O P I N I O N

Jordan Marshall Spraggins, Appellant, entered an open plea of guilty to the offense of murder, and the jury, as instructed, found Appellant guilty. *See* TEX. PENAL CODE ANN. § 19.02(b)(2) (West 2019). Prior to voir dire, the trial court admonished Appellant regarding his guilty plea and accepted Appellant's plea and judicial confession. After the jury was impaneled and sworn, Appellant pled guilty before the jury, and the parties then presented a substantial amount of evidence regarding the offense and punishment. The jury then assessed Appellant's

punishment at imprisonment for a term of fifty years in the Institutional Division of the Texas Department of Criminal Justice and the trial court sentence him accordingly. We affirm.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that this appeal is frivolous and without merit. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, and a copy of the clerk's record and the reporter's record. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a pro se petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant filed a response to counsel's *Anders* brief. We have reviewed Appellant's *Anders* response. In addressing an *Anders* brief and pro se response, a court of appeals may only determine (1) that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error or (2) that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues. *Schulman*, 252 S.W.3d at 409; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Following

the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

PER CURIAM

February 23, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.

3